UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*for the use and benefit of*<br>YOUNG ELECTRICAL CONTRACTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY<br><br>and<br><br>BELL BCI COMPANY,<br><br>Defendants. | Civil Action No. JFM 02 CV 2756 |

## CONSENT ORDER FOR TIME TO RESPOND TO AMENDED COMPLAINT

The parties have stipulated that the defendants, United States Fidelity and Guaranty Company and BELL BCI Company ("Defendants"), may have until October 17, 2002, to answer, move or otherwise respond to the Plaintiff's Amended Complaint. No prior extensions have been sought or granted. Granting this extension will not delay the proceedings. The Court finds good cause for adopting the parties' stipulation and it is therefore

ORDERED, that the Defendants shall have until October 17, 2002 to answer, move or otherwise respond to the Plaintiff's Amended Complaint.

Dated: October 1, 2002

_____
United States District Court Judge

- 2 -

| SEEN AND AGREED: | SEEN AND AGREED: |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY and BELL BCI COMPANY | YOUNG ELECTRICAL CONTRACTORS, INC. |
| By counsel: | By counsel: |
| */s/ signature* | */s/ signature* by permission for |
| Charlie C.H. Lee<br>Richard O. Wolf (FBN 04989)<br>MOORE & LEE, LLP<br>1750 Tysons Boulevard, Suite 1450<br>McLean, Virginia 22102-4225<br>(703) 506-2050 Telephone<br>(703) 506-2051 Facsimile | Leonard A. Sachs (FBN 04257)<br>Leonard A. Sachs & Associates, P.C.<br>Suite 201<br>One Church Street<br>Rockville, Maryland 20850<br>(301) 738-2470 Telephone<br>(301) 738-3705 Facsimile |
| Counsel for Defendants | Counsel for Plaintiff |