IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| for the use and benefit of | * | |
| YOUNG ELECTRICAL | * | |
| CONTRACTORS, INC. | * | |
| | * | |
| v. | * | Civil No. JFM-02-2756 |
| | * | |
| UNITED STATES FIDELITY AND | * | |
| GUARANTY COMPANY, ET AL. | * | |
| | ***** | |

ORDER

As stated in the accompanying memorandum to counsel, it is, this 22nd day of January 2003

ORDERED

1. Defendants' motion to dismiss or to stay is granted in part and denied in part;

2. This action is stayed as to the claims asserted in Counts III and V but <u>not</u> stayed as to the claims asserted in the remaining counts.

J. Frederick Motz
United States District Judge