FILED
STRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION AT GREENBELT



|   |   |
|---|---|
| UNITED STATES OF AMERICA )<br>*for the use and benefit of*<br>YOUNG ELECTRICAL CONTRACTORS, INC.<br>)<br>Plaintiff/Counter-Defendant, )<br><br>v.  )<br><br>UNITED STATES FIDELITY AND<br>GUARANTY COMPANY<br><br>Defendant,<br><br>and<br><br>BELL BCI COMPANY,<br><br>Defendant/Counter-Plaintiff. | Civil Action No. JFM 02 CV 2756 |

## CONSENT MOTION TO STAY ALL DELAY CLAIMS

Defendant/Counter-Plaintiff, BELL BCI Company ("BELL"), respectfully moves the Court to enter the attached proposed Order staying BELL's Counterclaim against the Plaintiff, Young Electrical Contractors, Inc. ("YEC"), to the extent that it pertains to delay and damages related thereto. In support of this Consent Motion, the BELL states as follows:

1. On January 22, 2003, the Court entered an Order that, *inter alia*, stayed YEC's delay claim against BELL set forth in Count V of YEC's Amended Complaint.

2. Pursuant to Fed.R.Civ.P. Rule 13(a), BELL's Answer to YEC's Amended Complaint had to state all compulsory counterclaims that BELL had against YEC

3  On February 3, 2003, in accordance with Fed.R.Civ.P. Rule 13(a), BELL filed its Answer and Counterclaim against YEC. BELL's Counterclaim included a delay claim based on the contention that YEC did not timely complete its work (*see* BELL's Counterclaim at p. 10, Count I, ¶ 15), as well as other breach of contract claims

4. In the interest of justice and to conserve the Court's and the parties' resources, BELL's Counterclaim, to the extent that it presents claims based on YEC's delay and damages related thereto, should be stayed until such time as the stay of YEC's delay claim is lifted. Each party's delay claim should be litigated fully at the same time, rather than piecemeal

5  BELL is authorized to state that YEC consents to granting this Motion

WHEREFORE, BEI  respectfully moves the Court to enter the attached proposed Order staying all delay claims set forth in BEL 's Counterclaim until the stay of YEC's delay claim is lifted

Respectfully submitted

BELL BCI COMPANY and UNITED STATES
FIDELITY AND GUARANTY COMPANY

By counsel

_____
Richard O. Wolf (FBN 04989)
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia  22102-4225
 (703) 506-2050  Telephone
 (703) 506-2051  Facsimile

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION AT GREENBELT

UNITED STATES OF AMERICA
for the use and benefit of
YOUNG ELECTRICAL CONTRACTORS, INC

Plaintiff/Counter-Defendant,

v.

UNITED STATES FIDELITY AND
GUARANTY COMPANY

Defendant,

and

BELL BCI COMPANY,

Defendant/Counter-Plaintiff.

Civil Action No. JFM 02 CV 2756

## ORDER

On January 22, 2003, the Court entered an Order that, *inter alia*, stayed the plaintiff, Young Electrical Contractors, Inc.'s ("YEC"), delay claim against the defendant/counter-plaintiff, BELL BCI Company ("BELL"), set forth in Count V of YEC's Amended Complaint. On February 3, 2003, in accordance with Fed.R.Civ.P. Rule 13(a), BELL filed its Answer and Counterclaim against YEC. BELL's Counterclaim included a delay claim based on the contention that YEC did not timely complete its work.

BELL, with YEC's consent, has moved the Court to enter this Order staying BELL's Counterclaim against YEC to the extent that it pertains to delay and damages related thereto.

Given that YEC's delay claims are stayed, the Court finds good cause to grant the motion so that each party's delay claim will be litigated at the same time. Accordingly, it is hereby

ORDERED, that the portion of BELL's Counterclaim against YEC pertaining to delay and damages related thereto is hereby stayed until such time as the stay of YEC's delay claim is lifted.

Dated: 4/18/03

/s/
United States District Court Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2003, I caused a true copy of the foregoing Consent Motion and proposed Order to be served via facsimile and first-class mail, postage prepaid, on counsel for the plaintiff:

Leonard A. Sacks, Esquire
Leonard A. Sacks & Associates, P.C.
Suite 201
One Church Street
Rockville, Maryland 20850

_____
Richard O. Wolf