UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 2, 2003

Memo To Counsel Re: United States of America for the Use and Benefit of
Young Electrical Contractors, Inc. v. U.S.F. & G., et al.
Civil No. JFM-02-2756

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| July 31, 2003 | Report due re whether you request a settlement conference before a magistrate judge |
| October 31, 2003 | Deadline for simultaneous submission of trial briefs |
| November 21, 2003 | Deadline for submission of simultaneous reply briefs (if you choose to file them) |
| December 11 and December 12, 2003 | Trial (non-jury) |

Very truly yours,

/s/

J. Frederick Motz
United States District Judge