# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION AT GREENBELT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*for the use and benefit of* )<br>YOUNG ELECTRICAL CONTRACTORS, INC. )<br>            )<br>            Plaintiff/Counter-Defendant, )<br>            )<br>v.          )<br>            )<br>UNITED STATES FIDELITY AND )<br>GUARANTY COMPANY )<br>            )<br>            Defendant, )<br>            )<br>and         )<br>            )<br>BELL BCI COMPANY, )<br>            )<br>            Defendant/Counter-Plaintiff. )<br>            ) | **Civil Action No. JFM 02 CV 2756** |

## REPORT REGARDING REQUEST FOR SETTLEMENT CONFERENCE

The parties, through their respective counsel, hereby respectfully report to the Court that they do not request a settlement conference before a Magistrate Judge. The parties intend to pursue settlement via other means.

Respectfully submitted,

YOUNG ELECTRICAL CONTRACTORS, INC.

By Counsel:

          /s/
---
Leonard A. Sacks
(signed by Richard O. Wolf with permission of Leonard A. Sacks)
Leonard A. Sacks & Associates, P.C.
Suite 201
One Church Street
Rockville, Maryland  20850
(301) 738-2470  Telephone
(301) 738-3705  Facsimile
E-Mail:  laspc@aol.com


BELL BCI COMPANY and UNITED STATES FIDELITY AND GUARANTY COMPANY

By counsel:

          /s/
---
Richard O. Wolf  (FBN 04989)
MOORE & LEE, LLP
1750 Tysons Boulevard, Suite 1450
McLean, Virginia  22102-4225
 (703) 506-2050  Telephone
 (703) 506-2051  Facsimile
E-Mail: r.wolf@mooreandlee.com

Dated:  August 1, 2003