UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

October 16, 2003

Memo To Counsel Re: Young Electrical Contractors, Inc. v. USF&G
Civil No. JFM-02-2756

Dear Counsel:

As you know, this case is scheduled for trial on December 11 and December 12, 2003.

Would you please provide me with a report on the status of your settlement negotiations on or before October 31, 2003. It would be helpful for me to know for scheduling purposes whether the case has been (or likely will be) settled.

Thanks.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge