# MOORE & LEE, LLP

ATTORNEYS AT LAW

1750 TYSONS BOULEVARD, SUITE 1450
MCLEAN, VIRGINIA 22102-4225

TELEPHONE (703) 506-2050
FACSIMILE (703) 506-2051
E-MAIL: r.wolf@mooreandlee.com

---

October 22, 2003

The Honorable J. Frederick Motz
United States District Judge
101 W. Lombard Street
Baltimore, Maryland  21201

Re:  U.S.A. *f.u.b. of* Young Electrical Contractors, Inc. v. United States Fidelity & Guaranty Company, *et al.*, Civil No. JFM 02 CV 2756

Dear Judge Motz:

In response to the Court's Memorandum of October 16, 2003, the parties hereby report on the status of their settlement negotiations. Trial is currently scheduled to commence on December 11, 2003, on the claims that have not been stayed.

The parties are engaged in negotiations to settle certain claims and to stay all other claims pending the resolution of the litigation between BELL BCI Company and the Government that is pending in the United States Court of Federal Claims. The parties are optimistic that they will be able to conclude these negotiations within the next few weeks. If the negotiations are successful, this case could be removed from the Court's trial calendar.

The Court's Memorandum of July 2, 2003 required trial briefs to be submitted by October 31, 2003. The parties respectfully request the Court to extend the deadline for submitting trial briefs by two (2) weeks, up through and including November 14, 2003. This requested brief extension will allow the parties either to successfully conclude their negotiations, or to have sufficient time in advance of the trial to submit their briefs.

Respectfully submitted on behalf of all parties,

/s/

Richard O. Wolf

cc:    Leonard A. Sacks, Esquire