IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YOUNG ELECTRICAL CONTRACTORS, INC. | * * * |
| v. | *   Civil No. JFM-02-2756 * |
| U.S.F.&G., et al. | * |

*****

ORDER

The court having been advised by the parties that the claims set forth in Counts I through IV of this case have been settled (subject to final payment), it is, this 17th day of November 2003

ORDERED

1. Counts I, II, III, and IV are dismissed with prejudice unless any party moves to reopen them within 30 days of the date of this order;

2. The stay previously entered by this court as to Count V remains in force and effect; and

3. This case is administratively closed, provided, however, (1) it may be reopened as to Counts I though IV in accordance with the terms of Section 1 of this order, and (2) it may be reopened as to Count V upon notice of any party within 45 days of the final resolution of the litigation between the parties now pending in the Court of Claims.

/s/_____
J. Frederick Motz
United States District Judge